ELECTRONICALLY
FILED
Nov 08 2018
U.S. DISTRICT COURT
Northern District of WV

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Civil No. 5:18-cv-185 (Judge Bailey)

$1,974.00 IN UNITED STATES CURRENCY

    Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against property involved in violations of the Controlled Substances Act that is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

### THE DEFENDANT IN REM

2. The defendant is $1,974.00 in United States currency (hereinafter, the "Defendant Property").

3. The Defendant Property was seized on March 27, 2018, pursuant to the execution of a search warrant at 5602 Congressional Place Apt. E, Hilliard, Ohio. The Defendant Property is presently located in the custody of the United States Marshals Service.

## JURISDICTION AND VENUE

4. This action to remedy a violations of 21 U.S.C. §§ 846 and 841 by forfeiting property under 21 U.S.C. § 881, is governed by 18 U.S.C. § 983.

5. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), because this forfeiture action has been commenced by the United States.

6. The Court has *in rem* jurisdiction pursuant to: (1) 28 U.S.C. § 1355(b)(1)(A) because acts and omissions giving rise to the forfeiture occurred in this district; and (2) 28 U.S.C. § 1355(b)(1)(B), incorporating 21 U.S.C. § 881(j), because a criminal prosecution of the owner of the property has been brought in this district.

7. Venue is proper pursuant to 28 U.S.C. §1355(b)(1)(A) because acts and omissions giving rise to the forfeiture occurred in this judicial district.

8. Upon the filing of this complaint, the plaintiff requests that the Clerk issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(C).

## BASIS FOR FORFEITURE

9. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: (1) money furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such exchange; and (3) money used and intended to be used to facilitate a violation of the Controlled Substances Act.

10. To the extent applicable, pursuant to 21 U.S.C. § 881(h), all right, title and interest in the Defendant Property vested in the United States upon commission of the acts giving rise to the forfeiture in this action.

## FACTS

11. The following facts establish a reasonable belief that the government will be able to meet its burden of proof at trial. The facts alleged in this Complaint are based upon information and belief, the sources of which are agents and reports from the Marshall County Drug Task Force (the "Task Force"), the Drug Enforcement Administration (the "DEA"), and other written and oral information received by the United States Attorney's Office for the Northern District of West Virginia.

12. Beginning on or around February 2017, the Task Force received information that members of the Elaine Street Crips gang were traveling from Columbus, Ohio, to the Northern District of West Virginia for the purpose of trafficking crystal methamphetamine, heroin, and cocaine.

13. Based on this information, the Task Force commenced an investigation.

14. Crystal methamphetamine and cocaine are Schedule II drug controlled substances.

15. Heroin is a Schedule I drug controlled substance.

16. The investigation revealed a multi-state drug trafficking organization with distribution operations in Marietta, Ohio, Parkersburg, West Virginia, Sistersville, West Virginia, Paden City, West Virginia, and New Martinsville, West Virginia.

17. The investigation further revealed that individuals in the drug trafficking organization from Columbus, Ohio, along with local residents in Wetzel County, and Tyler

County, West Virginia, were responsible for multi-kilogram deliveries of crystal methamphetamine, heroin, and cocaine in the Northern District of West Virginia for distribution.

18. Law enforcement identified Rodriquies M. Evans ("Evans") as a leader of this drug trafficking organization.

19. Evans made repeated trips to West Virginia and to cities in southern Ohio to distribute narcotics to local dealers.

20. Local dealers would re-distribute the controlled substances for Evans.

21. At all relevant times, Evans resided at 5602 Congressional Place, Apartment E, in Hilliard, Ohio.

22. Law enforcement repeatedly observed Evans leave from and return to this residence during his narcotics distribution activities.

23. At all relevant times, Marisa Page ("Page") is the girlfriend of Evans.

24. Law enforcement identified Page as a co-conspirator in this drug trafficking organization.

25. The investigation revealed that Page collected incoming payments for controlled substances via wire transfers from the Northern District of West Virginia, to Columbus, Ohio.

26. On April 3, 2018, a grand jury sitting in the Northern District of West Virginia returned an Indictment in Case No. 5:18CR14, charging Marisa Page, Rodriquies Evans, and six co-conspirators with conspiracy to possess with intent to distribute and to distribute controlled substances, that is, methamphetamine, heroin, cocaine, and cocaine base, in violation of 21 U.S.C. §§ 846 and 841.

27. On March 27, 2018, law enforcement obtained a federal arrest warrant for Evans.

28. On March 27, 2018, law enforcement arrested Evans at 5602 Congressional Place, Apartment E, Hilliard, Ohio.

29. During the arrest, law enforcement observed the Defendant Property in a stack on the bed where Evans had previously been in contact.

30. Subsequently, law enforcement obtained a search warrant for the residence and seized the Defendant Property.

31. Large amounts of cash layered in a stack is indicative of drug trafficking currency.

32. This method of bundling or "stacking" U.S. Currency is used to better facilitate the quick count and quick exchange process when meeting with co-conspirators in the drug trafficking world.

33. Marisa Page filed an administrative claim to the Defendant Property with the DEA on May 14, 2018.

34. Page's claim removes the forfeiture from an administrative proceeding to a judicial proceeding. 18 U.S.C. § 983(a)(3); 28 C.F.R. §§ 8.10 and 8.13.

35. Pursuant to 18 U.S.C. § 983(a)(3), and absent an extension of time, the deadline for the United States to file a judicial forfeiture action on the Defendant Property is August 13, 2018.

36. The government and counsel for Page agreed by stipulation to a 90-day extension to extend the government's deadline to commence a judicial forfeiture action to November 13, 2018, in Northern District of West Virginia Case No. 3:18MC91.

## CLAIM FOR RELIEF

37.     Paragraphs 1 - 36 are incorporated by reference.

38.     The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: (1) money furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such exchange; or (3) money used and intended to be used to facilitate a violation of the Controlled Substances Act.

WHEREFORE, plaintiff prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the United States Marshal dispose of the Defendant Property according to law; that the plaintiff be awarded its costs and disbursements in this action; and that the plaintiff have such other and further relief as this Court deems proper and just.

Respectfully submitted,

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:     /s/ L. Danaë DeMasi-Lemon
L. Danaë DeMasi-Lemon
Assistant United States Attorney
WV Bar No. 10814
United States Attorney's Office
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 234-0100
danae.demasi@usdoj.gov

## VERIFICATION

I, Christopher D. Barbour, hereby verify and declare that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the factual matters contained in the Complaint are true to my knowledge and belief. The sources of my knowledge are the official files and records of the United States, information supplied to me by law enforcement officers, and my participation in this investigation.

I hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 11/7/2018

Christopher D. Barbour
Special Agent
DEA
Marshall County Drug Task Force

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
$1,974.00 in United States Currency

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Marshall
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
L. Danae DeMasi-Lemon, AUSA    (304) 234-2100
1125 Chapline St., Suite 3000
Wheeling, WV 26003

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 983
Brief description of cause:
Drug Related Seizure and Forfeiture of Property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE   John Preston Bailey
DOCKET NUMBER   5:18-cr-14

DATE   11/08/2018
SIGNATURE OF ATTORNEY OF RECORD   *Danae DeMasi-Lemon*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE